SMITH v. JACK ECKERD CORP.

No. 73P94

Case below: 113 N.C.App. 422

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

SMITH v. N.C. DEPT. OF NAT. RESOURCES

No. 31P94

Case below: 112 N.C.App. 739

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

SMITH v. SMITH

No. 90P94

Case below: 113 N.C.App. 410

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

SOUTH RIVER ELECTRIC MEMBERSHIP CORP.
v. CITY OF FAYETTEVILLE

No. 88P94

Case below: 113 N.C.App. 401

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

STATE v. BISHOP

No. 72P94

Case below: 113 N.C.App. 425

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.